## 35470. CITY OF LUDOWICI et al. v. LANIER et al.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED SEPTEMBER 28, 1979 — DECIDED JANUARY 8, 1980 — REHEARING DENIED JANUARY 24, 1980.

*Richard D. Phillips,* for appellants.

*Thomas & Howard, H. H. Howard, W. Glover Housman, Jr.,* for appellees.